# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

ANTONIO SIERRA,

        Petitioner

        v.

COMMONWEALTH OF PENNSYLVANIA,

        Respondent

: No. 629 MAL 2021
:
:
:
: Petition for Allowance of Appeal
: from the Order of the
: Commonwealth Court
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of May, 2022, the Application for Relief and the Petition for Allowance of Appeal are **DENIED**.